STATE OF MISSOURI, Respondent, v. SPALDING, Appellant.

**St. Louis Court of Appeals, December 29, 1908.**

APPELLATE PRACTICE: Bill of Exceptions. Where a bill of exceptions does not show a motion for new trial was overruled nor show any exceptions saved, the court cannot review the case upon its merits although the abstract and statement of appellant purport to show such matters.

Appeal from Monroe Circuit Court.—*Hon. David H. Eby,* Judge.

AFFIRMED.

GOODE, J.—This appeal was from a conviction for the illegal sale of whisky. The case is here on a long transcript, which contains what purports to be a bill of exceptions, but unsigned. It contains none of the instructions we are asked to review, nor does it show a motion for new trial was overruled and an exception saved. These matters are stated in appellant's abstract and statement, but the abstract would be controlled by the record, and, moreover, it does not separate matters which belong to the record proper from those that ought to be incorporated in the bill of exceptions, so we cannot tell whether or not exceptions were saved when they should be and whether essential record entries are shown. The case is not in condition to be reviewed on the merits of the appeal, and as we find no error in the record proper the judgment will be affirmed. All concur.